**Order entered January 29, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00485-CR

**AREON TREVON MCDADE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1735368-N F17-35368-N**

## ORDER

Before the Court is The State's appellee's January 27, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received by the Court on January 27, 2020 **FILED** as of the date of this order.

/s/    BILL PEDERSEN, III
        JUSTICE